# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PAUL MCGUIRE, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br> v. <br><br> ELERAS GROUP, LLC, <br><br> Defendant. | Case No. 4:23-cv-00658-SEP |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's "Motion to Dismiss Pursuant to F.R.C.P. 41(a)(2)," Doc. [28]. For the reasons set forth in the Court's Memorandum and Order dated November 27, 2023, Doc. [27], the motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

Dated this 16th day of January, 2024.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE